**David W. WILLIAMS, Plaintiff–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS/BOTETOURT FACILITY; P.J. Rice; Dr. Lee; Major Richards, Defendants–Appellees.**

No. 10–6885.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 22, 2011.

Decided: March 18, 2011.

David W. Williams, Appellant Pro Se.

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Williams seeks to appeal the district court's order dismissing his action without prejudice for failing to comply with the conditional filing order and 28 U.S.C. § 1915(a)(2) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Williams's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*